# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 6:07-cr-111-Orl-28DAB

**CLEMENT DARIUS ERWIN**

| | | | |
|---|---|---|---|
| **JUDGE:** | John Antoon II | **COUNSEL FOR GOVT:** | Dan Irick |
| **DEPUTY CLERK:** | Darleen Darley | **COUNSEL FOR DEFT(S):** | Michelle P. Smith |
| **COURT REPORTER:** | Koretta Stanford | **PRETRIAL/PROBATION:** | Lisa C. Kindel |
| **DATE/TIME:** | December 12, 2007 1:30-2:10 p.m. | **INTERPRETER:** | None |

## CLERK'S MINUTES ON CRIMINAL SENTENCING

Defendant is adjudged guilty on Count Four of the Indictment.

Court denies motion to depart on criminal record grounds.

IMPRISONMENT:    4 Months and Two Weeks.

Supervised Release:    2 Years.

MANDATORY DRUG TESTING requirements are: Imposed.

Special Conditions of Supervised Release are:

> Participate in a program for treatment of narcotic addiction or drug or alcohol dependency.
>
> Participate in a program for mental health treatment and contribute to costs of program.
>
> Cooperate in the collection of DNA, as directed by the Probation Officer.

Fine and costs of imprisonment/supervision:    Waived.

Special Assessment:    $100.00.

DISMISSED COUNTS:    Counts 1, 2, and 3 of the Original Indictment on the motion of U.S. Attorney.

Defendant is remanded to the custody of the U.S. Marshal.

Additional remarks:    Defendant is advised of right to appeal.